SO ORDERED: August 29, 2013.

_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BERNARD HORATIO HUBBARD and ) | CASE NO. 13-01563-JMC-7 |
| CARLA LYNETTE HUBBARD ) | |
| DEBTOR(S) ) | |

### ORDER GRANTING MOTION TO REDEEM PROPERTY

Notice having been given and no objection having been filed,

**IT IS HERBY ORDERED** that the debtor is allowed to redeem the property described as Kirby Vacuum Sweeper by paying to the creditor, United Consumer Finance c/o Servicing Agent: Bass & Associates, Attn: Highest Officer, 3936 E Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712, the sum of $50.00 or by surrendering the property to the creditor.

###